DOC NO
REC'D/FILED
2020 FEB 12 PM 1:59
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SEALED

UNITED STATES OF AMERICA

v.

ANTOINE HARRIS,

Defendant.

INDICTMENT

Case No. 20 CR 023 JDP

18 U.S.C. § 922(g)(1)

THE GRAND JURY CHARGES:

COUNT 1

On or about January 31, 2020, in the Western District of Wisconsin, the defendant,

ANTOINE HARRIS,

knowing he had previously been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly and unlawfully possessed in or affecting commerce a loaded Taurus PT-111 9mm pistol, said firearm having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL

PRESIDING JUROR

Indictment returned: 02/12/2020

SCOTT C. BLADER
United States Attorney