PROB12B (3/16)

# UNITED STATES DISTRICT COURT

FOR THE

# WESTERN DISTRICT OF WISCONSIN

## Request for Modifying the Conditions of Supervision with the Consent of the Offender

*(PROBATION FORM 49, WAIVER OF HEARING, IS ATTACHED)*

**Name of Offender:** Antoine Harris
Madison, Wisconsin

**Case Number:** 20-cr-23-jdp-1

**Name of Sentencing Judicial Officer:** James D. Peterson

**Date of Original Sentence:** August 19, 2020

**Offense:** Felon in Possession of Firearm, in violation of 18 U.S.C. § 922(g)(1), a Class C felony

**Original Sentence:** 14 months' imprisonment, to be followed by a 2-year term of supervised release

**Type of Supervision:** Supervised release

**Date Supervision Commenced:** February 16, 2021

---

## PETITIONING THE COURT

☒ To modify the conditions of supervision with the addition of the following special condition:

Special Condition No. 15: Defendant shall participate in a substance abuse evaluation and recommended treatment. If defendant is eligible for funding from any source to cover the cost of treatment, defendant is to make reasonable efforts to obtain such funding. Participation in treatment does not require payment by defendant unless it is clear defendant can afford it. Defendant shall submit to drug testing beginning within 15 days of defendant's release and 60 drug tests annually thereafter. The probation office may utilize the Administrative Office of the U.S. Courts' phased collection process.

Special Condition No. 16: Defendant shall abstain from the use of alcohol.

## CAUSE

Mr. Harris has completed over one year of his term of supervised release. In this time, he has submitted only one positive urine specimen; however, it should be noted that he was taking a prescribed benzodiazepine. Mr. Harris was originally enrolled in random drug testing through ATTIC Correctional Services in Madison, Wisconsin, but he was removed from the contracted testing program due to his consistent failure to call in and his history of submitting urine specimens that have tested negative for illicit substances.

On February 19, 2022, Mr. Harris had contact with Madison, Wisconsin, police officers. At 2:50 a.m., Mr. Harris' vehicle was pulled over for conducting an illegal U-turn. Upon approaching the vehicle, officers noted a strong smell of alcohol on Mr. Harris' breath. Mr. Harris failed the field sobriety tests he was asked complete and was arrested for second offense operating while intoxicated. In a search after Mr. Harris' arrest, officer located two tablets of suspected MDMA in the front pocket of the Mr. Harris' hooded sweatshirt. Marijuana was also discovered in the center console of Mr. Harris' vehicle. Mr. Harris was transported to the Madison Police Department, where his breath registered a .17 blood alcohol content (BAC) on an intoximeter. He was booked into the Dane County, Wisconsin, Jail and was released with a court date of April 28, 2022.

Mr. Harris and the undersigned officer discussed this incident. He reported he was playing cards with friends and had a couple of shots of alcohol. He denied being intoxicated and minimized his behavior. In lieu of returning to court because of these violations, Mr. Harris was offered an opportunity to agree to the above-proposed conditions to address his behavior. On April 4, 2022, Mr. Harris signed the *Probation Form 49* waiving a hearing and agreeing to the modification of his conditions of supervised release.

Mr. Harris was admonished and informed that further noncompliance may result in a return to court.

The United States Attorney's Office has been notified of this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2022

/s/

Ryan E. Plender
U.S. Probation Officer

---

**THE COURT ORDERS:**

☒ The modification of conditions as noted above.

☐ Other

James D. Peterson

Honorable James D. Peterson
U.S. District Judge

April 7, 2022

Date